IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN dba APEX DELIVERY, | No. C-08-5215 MMC |
| Plaintiff, | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| v. | |
| UNITED PARCEL SERVICE, INCORPORATED, | |
| Defendant. / | |

On December 10, 2008, plaintiff was notified that his check for the filing fee in the above-titled action had been returned unpaid. Plaintiff was instructed to make payment of the filing fee, no later than December 23, 2008, by cashier's check or money order. To date, no such payment has been received.

Accordingly, the above-titled action is hereby DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: December 30, 2008

_____
MAXINE M. CHESNEY
United States District Judge